UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-11-966 |
| | § | |
| FELIPE SALINAS | § | |

## VERDICT OF THE COURT

Upon waiver by the defendant of trial by jury, the Court convened a trial on December 19, 2011. The Court heard the evidence and arguments of counsel. The Court finds beyond a reasonable doubt that the defendant is guilty of the offenses and enters a verdict of guilty as to Counts One and Two of the Indictment.

The Court finds, as alleged, as to Count One, *first:* that the defendant made a false statement to the United States Marshal Service regarding a matter within its jurisdiction; *second*: that the defendant made the statement intentionally, knowing that it was false; *third*: that the statement was material; and *fourth*: that the defendant made the false statement for the purpose of misleading the United States Marshal Service.

The Court finds, as alleged, as to Count Two, *first:* that the defendant knowingly possessed a controlled substance; *second:* that the substance was in fact cocaine; *third:* that the defendant possessed the substance with the intent to distribute it; and *fourth*: that the quantity of the substance was more than five hundred (500) grams.

A presentence investigation report is ordered. Sentencing is set for the 27th day of February, 2012, at 1:15 p.m.

SIGNED and ORDERED this 19th day of December, 2011.

_____
Janis Graham Jack
Senior United States District Judge